## 34380. DAVIDSON v. JONES.

PER CURIAM.

This appeal is from a judgment refusing to change custody of two minor children from the father to the mother. We affirm. There is no transcript of the evidence and the trial court's order shows no error. *Robinson v. Ashmore,* 232 Ga. 498 (207 SE2d 484) (1974).

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 5, 1979 — DECIDED
FEBRUARY 6, 1979 — REHEARING
DENIED FEBRUARY 27, 1979.

*McAllister & Roberts, Margot S. Roberts,* for appellant.

*Stephen E. Boswell,* for appellee.